RECEIVED
USDC CLERK, COLUMBIA, SC

2019 DEC 10 PM 3:33

Charlene Brach
32 Olsen Drive
Warren, NJ 07059


November 26, 2019

Elizabeth C. Warren, AUSA
U.S. Attorney's Office
1441 Main Street, Suite 500
Columbia, SC 29201


RE: Summons in Civil Action
   Civil Action No.: 8:19-cv-03118-DCC

Ms. Warren:

On November 12, 2019 Mr. Adamo from the Office of the Inspector General delivered the attached documents for Summons in a Civil Action to me. The summons state that I must answer the attached complaints within 21 days. The documents I received did not have any of the complaints attached. I have called the U.S. Department of Justice, Office of the Inspector General in Trenton, NJ requesting all the documents for the complaints or lawsuits.

Unfortunately, I cannot answer in 21 days as I do not know what I am answering as I do not have these documents. I have asked the Office of the Inspector General to notify you, but I don't know if they did.


Charlene Brach


Cc: District Court of South Carolina