AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> *Plaintiff(s)* <br> v. <br> FlavorPros, LLC, d/b/a Richards and Daniels, LLC, Artisan Foods, LLC, and Charlene R. Brach <br><br> *Defendant(s)* | Civil Action No. 8:19-cv-03118-DCC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Charlene R. Brach
　　　　　　　　　　　　　　　　　　　32 Olsen Drive
　　　　　　　　　　　　　　　　　　　Warren, NJ 07059-5033

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　Elizabeth C. Warren, AUSA
　　　　　　　　　　　　　　　　　　　　U.S. Attorneys Office
　　　　　　　　　　　　　　　　　　　　1441 Main Street, Suite 500
　　　　　　　　　　　　　　　　　　　　Columbia, SC 29201

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Robin L. Blume
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date:　　11/04/2019　　　　　　　　　　　　　　　　　　　　s/Ashley Buckingham
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

**Ask UPS**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> *Plaintiff(s)* <br> v. <br> FlavorPros, LLC, d/b/a Richards and Daniels, LLC, Artisan Foods, LLC, and Charlene R. Brach <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:19-cv-03118-DCC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FlavorPros, LLC, d/b/a Richards and Daniels, LLC
737 N 13th Street
Allentown, PA 18102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth C. Warren, AUSA
U.S. Attorneys Office
1441 Main Street, Suite 500
Columbia, SC 29201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Robin L. Blume
*CLERK OF COURT*

Date:  11/04/2019                                    s/Ashley Buckingham
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> _Plaintiff(s)_ <br> v. <br><br> FlavorPros, LLC, d/b/a Richards and Daniels, LLC, Artisan Foods, LLC, and Charlene R. Brach <br><br> _Defendant(s)_ | Civil Action No. 8:19-cv-03118-DCC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Artisan Foods, LLC
158 Candlewick Lane
Bridgewater, NJ 08807

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth C. Warren, AUSA
U.S. Attorneys Office
1441 Main Street, Suite 500
Columbia, SC 29201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: 11/04/2019

s/Ashley Buckingham
*Signature of Clerk or Deputy Clerk*